IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANDREA WOODWARD, ET AL.        )
                               )
v.                             )   No. 3:10-1060
                               )   Magistrate Judge Bryant
CITY OF GALLATIN, TENNESSEE, ET AL.  )

**O R D E R**

This civil action is before the undersigned for all further district court proceedings, including entry of final judgment, pursuant to the consent of all parties. (Docket Entry No. 36) Currently pending are defendant City of Gallatin's motions for summary judgment (Docket Entry No. 73) and to exclude expert testimony of Ernest Burwell (Docket Entry No. 79), to which plaintiffs have responded. The City of Gallatin has further moved to ascertain the status of these aforementioned motions. (Docket Entry No. 93) Finally, eight motions in limine have been filed by the City of Gallatin. (Docket Entry Nos. 94-101)

For the reasons given in the Memorandum accompanying this Order, the motion to ascertain status is GRANTED. The City of Gallatin's motion for summary judgment is GRANTED. Summary judgment is entered in favor of the City of Gallatin on all federal claims, and those claims are dismissed with prejudice; plaintiffs' supplemental state law claims are dismissed without prejudice to refiling in state court. The City of Gallatin's motion to exclude expert testimony and all motions in limine are DENIED as moot.

Pursuant to Fed. R. Civ. P. 54, this Order constitutes the final judgment in this action.

So **ORDERED**.

 s/ John S. Bryant
JOHN S. BRYANT
UNITED STATES MAGISTRATE JUDGE

2