*ORDER:*
*motion granted.*
*John Bryant,*
*USMJ*

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISCTRICT OF
TENNESSEE AT NASHVILLE

| | |
|---|---|
| ANDREA WOODWARD, individually and as next friend and wife of JEFFERY WOODWARD, deceased, and SANDRA RUTTER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF GALLATIN, TENNESSEE, GALLATIN POLICE DEPARTMENT, JOHN DOES 1–10, and TASER INTERNATIONAL, INC.<br><br>Defendants. | No. 3:10-cv-01060<br><br>Magistrate Judge John Bryant<br><br>Jury Demand |

**MOTION FOR LEAVE TO FILE A REPLY
TO THE PLAINTIFFS' RESPONSE TO DEFENDANT CITY OF GALLATIN'S
MOTION FOR ATTORNEY FEES/COSTS AND SANCTIONS**

Pursuant to LR7.01(b), Defendant the City of Gallatin, Tennessee ("City") hereby moves the Court for leave to file a reply, not to exceed five pages, to the Plaintiffs' response to the City's motion for attorney fees/costs and sanctions. In support of this motion, the City states the following:

The City's reply would substantially assist the Court because the City explains how the Plaintiffs have misconstrued the legal authority supporting their argument on definition of a prevailing party and have incompletely cited to the record on testimony of their expert witnesses. Without filing a reply the City will have no opportunity to refute the incorrect legal authority and factual assertions made by the Plaintiff regarding the City's motion.

Respectfully submitted,