# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISCTRICT OF TENNESSEE AT NASHVILLE

| | | |
|---|---|---|
| ANDREA WOODWARD, individually and as next friend and wife of JEFFERY WOODWARD, deceased, and SANDRA RUTTER, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | No. 3:10-cv-01060 |
| | ) ) | Magistrate Judge John Bryant |
| vs. | ) ) | Jury Demand |
| CITY OF GALLATIN, TENNESSEE, GALLATIN POLICE DEPARTMENT, JOHN DOES 1–10, and TASER INTERNATIONAL, INC. | ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO FILE A REPLY TO THE PLAINTIFFS' RESPONSE TO DEFENDANT CITY OF GALLATIN'S MOTION FOR ATTORNEY FEES/COSTS AND SANCTIONS

Pursuant to LR7.01(b), Defendant the City of Gallatin, Tennessee ("City") hereby moves the Court for leave to file a reply, not to exceed five pages, to the Plaintiffs' response to the City's motion for attorney fees/costs and sanctions. In support of this motion, the City states the following:

The City's reply would substantially assist the Court because the City explains how the Plaintiffs have misconstrued the legal authority supporting their argument on definition of a prevailing party and have incompletely cited to the record on testimony of their expert witnesses. Without filing a reply the City will have no opportunity to refute the incorrect legal authority and factual assertions made by the Plaintiff regarding the City's motion.

Respectfully submitted,